# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE VIOLATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 01-341(02)(DWF/AJB) |
| | ) | Date: April 20, 2005 |
| | ) | Court Reporter: JEANNE ANDERSON |
| JOHN CHESTER KING, Defendant. | ) | Time Commenced: 2:00 |
| | ) | Time Concluded: 2:30 |
| | ) | Time in Court: Hour & 30 Minutes |

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

**ZERO TOLERANCE HEARING**

APPEARANCES:

For Plaintiff: CHRIS WILTON
For Defendant: LYONEL NORRIS 9 FPD 9 CJA 9 Retained 9 Appointed

9 Appointment of Counsel requested - 9 granted 9 denied.
9 Appointed

PROCEEDINGS:

9 **Arraignment** on 9 Information, 9 Indictment
9 **Change of Plea Hearing.**
: **Initial Appearance. DEFENDANT ADMITS VIOLATION. DEFENDANT TO TURN HIMSELF INTO A DESIGNATED JAIL FACILITY BY 7:00 PM, APRIL 22, 2005, FOR A 48 HOUR PERIOD OF INCARCERATION.**
9 Indictment waived.
9 Defendant withdraws plea of as to Count(s):

9 PLEA:
9 **Guilty as to Count(s):**
9 "Nolo Contendere" as to Count(s):
9 Defendant admits allegations in the Information.

9 Presentence Investigation and Report requested.
: Defendant not in custody.
9 **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
9 Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk