PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Chester King**

**Docket No. 0:01CR00341-002(DWF)**

**Petition on Supervised Release**

COMES NOW **Lesley I. Parsons**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Chester King** who was sentenced for Aiding and Abetting Bank Robbery on March 7, 2002, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

The defendant submitted a urine sample on April 18, 2005, that tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on April 20, 2005, at 2:00 p.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 19th day of ______, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lesley I. Parsons
U.S. Probation Officer

Executed on April 19, 2005
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL