PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Chester King**

**Docket No. 0:01CR00341-002-DWF**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Chester King** who was sentenced for Robbery, Bank on March 7, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On November 9, 2005, Mr. King tested positive for cocaine. On November 10, 2005, he admitted to this officer to using marijuana.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on November 14, 2005, at 10:00 a.m. at 180 East Fifth Street, Court Room #1, St. Paul, Minnesota, to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 10th day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on November 10, 2005
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
NOV 10 2005
U.S. DISTRICT COURT ST. PAUL