**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

JOHN CHESTER KING,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN FRANK
U.S. Judge

Case No: 01-341(02)(DWF/JSM)
Date: November 14, 2005
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 10:00
Time Concluded: 10:30
Time in Court: Hour & 30 Minutes

## APPEARANCES:

Plaintiff: NATE PETTERSON, Assistant U.S. Attorney
Defendant: SCOTT TILSEN 9 FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Court Revokes Probation.**
: **Court Orders Supervised Release on same terms and conditions. Defendant is to surrender at a facility so designated by the U.S. Marshal to serve five 48-hour prison sentences. Three of those five 48-hour sentences are suspended if defendant attends eight AA or NA meetings with at least one meeting attended per week. Defendant has Thursday through Saturdays off from work so those sentences shall be served during that time. Probation Officer should also screen defendant for mental or emotional issues.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
: **Federal Public Defender appointed to represent the defendant.**
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
: Defendant released on same terms and conditions.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued with an addition of 30 days to serve in a community corrections center.

9 Defendant is sentenced to:
9 Written order to be issued.

s/Lowell Lindquist
Deputy Clerk