**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**John Chester King**,

Defendant.

Docket No. 0:01CR00341-002-DWF

ORDER FOR REVOCATION

Upon a hearing before this Court and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant be committed to custody for a term of **240 hours (5 weekends in custody), 144 hours stayed (3 weekends)**. The following conditions are also imposed the defendant shall participate in a minimum of eight NA meetings with at least one meeting per week and the defendant shall participate in mental health counseling as determined by the U.S. Probation Officer.

X The defendant shall voluntarily surrender to the jail facility designated by the United States Marshal for service of said sentence on ***Friday, November 25, 2005***, at ***7:00 p.m.***

The defendant shall be released from said sentence on ***Sunday, November 27, 2005***, at ***7:00 p.m***.

X The defendant shall voluntarily surrender to the jail facility designated by the United States Marshal for service of said sentence on ***Friday, December 2, 2005,*** at ***7:00 p.m.***

The defendant shall be released from said sentence on ***Sunday, December 4, 2005***, at ***7:00 p.m.***

X Upon revocation of supervised release, it is ordered that upon completion of said sentence, the defendant shall be placed on supervised release with the same discharge date and conditions as originally imposed that remain unfulfilled, and any conditions that were added during the previous term of supervised release.

Signed and executed this 14th day

of November, 2005 .

s/Donovan W. Frank
Honorable Donovan W. Frank
U.S. District Judge

cc: Bureau of Prisons