Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. John Chester King

Docket No. 0:01CR00341-002(DWF)

**HEARING WAIVER**

I, John Chester King, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: ____________________

John Chester King
Supervised Releasee

Witness: ____________________

Dated: 13 JAN 06

SCANNED
JAN 1 8 2006
U.S. DISTRICT COURT ST. PAUL