PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Chester King**

**Docket No. 0:01CR00341-002(DWF)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Chester King** who was sentenced for Bank Robbery, on March 7, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Substance testing
Provide DNA
Psychological/psychiatric counseling/treatment (Ordered on November 29, 2005)
90 Days Community Confinement (Modified January 18, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On January 31, 2006, the defendant tested positive for cocaine. On February 16, 2006, he admitted using cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 21st day of Feb, 2006, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on February 16, 2006
Place Minneapolis

SCANNED
FEB 21 2006
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission