**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

John Chester King,

Defendant.

Criminal No. 01-341(02)(DWF/AJB)

**ORDER APPOINTING COUNSEL**

---

Nate Petterson, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Katherian Roe, Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a zero tolerance supervised release violation hearing scheduled for 9:00 a.m., Wednesday, December 13, 2006, in Courtroom 1, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota.

Dated: December 11, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court