**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

JOHN CHESTER KING,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 01-341(02)(DWF/AJB)
Date: December 13, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 9:30
Time Concluded: 10:00
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: JEFFREY PAULSEN, Assistant U.S. Attorney
Defendant: ANDREW MOHRING ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☒ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☒ Supervised Release continued.
☒ Defendant, as an added condition of supervision shall wear an electronic bracelet and patch starting today for 60 days. The cost to be paid by defendant. Testing shall be increased from 3 to 5 times a month. Any violation will result in an issuance of a Warrant for Arrest and immediate confinement.

s/Lowell Lindquist
Deputy Clerk