**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**John Chester King,**

Defendant.

Docket No. 0:01CR00341-002(DWF)

ORDER FOR MODIFICATION

Upon a hearing before this Court on December 13, 2006, and a finding that the defendant violated a condition of supervision, it is hereby ordered that the defendant's supervised release conditions be modified to include the following:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

It is ordered that the defendant be continued on supervised release with the same discharge date and conditions as originally imposed.

Signed and executed this 15th day of Dec., 2006.

Honorable Donovan W. Frank
U.S. District Judge

cc: Bureau of Prisons

SCANNED
DEC 15 2006
U.S. DISTRICT COURT ST. PAUL